UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-80888-Civ-MARRA/JOHNSON

LINDA GAY MORRIS,

    Plaintiff

v.

RESIDENTIAL CREDIT
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER GRANTING MOTION TO STRIKE ANSWER AND WITHDRAW

THIS CAUSE is before the Court upon the law firm of Bradley Arant Rose & White, LLP's ("Bradley Arant") Motion to Strike Answer Filed on Behalf of, and Withdraw as Counsel for, Deutsche Bank National Trust Company in its capacity as Indenture Trustee for the Noteholders of Aames Mortgage Investment Trust 2005-2 and Deutsche Bank National Trust Company d/b/a Deutsche Bank Trust Company Americans (collectively, "Deutsche Bank"). The Court has carefully considered the Motion, noted that the Florida Default Law Group PL has made an appearance and filed a Motion to Dismiss on behalf of Deutsche Bank, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(DE 19)

1.    The law firm of Bradley Arant's Motion is **GRANTED**.

2.    The Answer [Doc. No. 14] filed on behalf of Deutsche Bank by the law firm of Bradley Arant is stricken.

3.    The law firm of Bradley Arant is hereby relieved of any responsibility relating to the representation of Deutsche Bank in this matter.

**DONE AND ORDERED** in Chambers in at West Palm Beach, Palm Beach County, Florida, this the 8th day of October, 2008

_____
UNITED STATES DISTRICT JUDGE